| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) LISA LASKOWSKI )<br>(2) THOMAS HAYNES )<br>)<br>_____) | **ORDER AMENDING RESTITUTION** |

THIS MATTER IS BEFORE THE COURT on the United States' Motion to Amend the Restitution Orders in this case pursuant 18 U.S.C. §§ 3664(d)(5) and (o)(1)(C).

On August 17, 2021, this court sentenced Defendants LISA LASKOWSKI and THOMAS HAYNES (Dkt. Nos. 72,74). At LISA LASKOWSKI's sentencing hearing, the Court left the determination of restitution open for 90 days from entry of judgment, until November 15, 2021, pursuant to 18 U.S.C. § 3664(d)(5). LASKOWSKI and HAYNES were found jointly and severally liable for restitution to the same victims in this case. Therefore, the relief sought by HAYNES is also applicable to LASKOWSKI.

The Judgements issued in this case included orders requiring the Defendants to pay restitution to Ashley Furniture in the amount of $2,979.90 and to Enterprise Rental Car in the amount of $21,300. *Id.* It has been subsequently determined that Ashley Furniture avoided any loss by canceling the Defendants' fraudulent order. Enterprise Rental Car recovered the rental vehicle obtained by Defendants' fraud but incurred $12,283.84 to recover and repair damages to the vehicle. The Government has verified that the Court's restitution order is otherwise correct.

The victims identified in this case have been informed of their rights and afforded the opportunity to identify any restitution due, in accordance with the Crime Victims' Rights Act

and the Mandatory Victim Restitution Act. 18 U.S.C. § 3663A *et seq.*. The Court finds that the Government has shown good cause to amend the restitution orders in this case within 90 days of the filed Judgements of Conviction. 18 U.S.C. § 3664(d)(5) and (o)(1)(C).

WHEREFORE, the Court hereby ORDERS pursuant to 18 U.S.C. § 3664(d)(5) and (o)(1)(C) that the Judgements in this case be corrected to order the Defendants to jointly and severally pay the victims the amount of restitution listed below:

| Victim | Restitution Amount | Payment Address |
|---|---|---|
| Belk (Synchrony Bank) | $2,702.03 | Synchrony Belk<br>PO Box 530940<br>Atlanta, GA 30353 |
| Enterprise Rental Car<br>Claim No. VX530103F | $12,283.84 | Enterprise Rental Car<br>8355 IBM Drive, Suite 100<br>Charlotte, NC 28262 |
| Helzberg Diamonds (Comenity Bank)* | $3,935.00 | Comenity Bank Helzberg<br>PO Box 650973<br>Dallas TX 75265-0973 |
| Home Depot (Citibank) | $3,322.61 | Home Depot Credit Services<br>P.O. Box 9001010<br>Louisville, KY 40290-1010 |
| Jared Diamonds (Comenity Bank)* | $14,782.98 | Comenity Bank Jared<br>PO Box 650972<br>Dallas TX 75265-0972 |
| Kay Jewelers (Comenity Bank)* | $5,930.87 | Comenity Bank Kay<br>PO Box 650972<br>Dallas TX 75265-0972 |
| Reeds Jewelers (Synchrony Bank) | $5,452.23 | Synchrony Reeds Jewelers<br>PO Box 965029<br>Orlando, FL 32896 |
| Zales Jewelry (Comenity Bank) | $1,822.99 | Comenity Bank Zales<br>PO Box 650971<br>Dallas TX 75265-0971 |
| **Total** | **$50,232.55** | |

The victims' recovery is limited to the amount of their loss and the defendant's liability for restitution ceases if and when the victim(s) receive full restitution. Any payment not in full shall be divided proportionately among the following victims:

SO ORDERED THIS 3d DAY OF NOVEMBER, 2021

Signed: November 5, 2021

Frank D. Whitney
United States District Judge